20874. VENABLE v. RUSSELL *et al.*

HAWKINS, Justice. This is a companion case to that of *Russell* v. *Venable*, ante, and is controlled by the rulings there made.

*Judgment affirmed. All the Justices concur.*

146

SUBMITTED MAY 9, 1960—DECIDED JUNE 9, 1960.

Tindall & Tindall, J. F. Kemp, for plaintiff in error.

James R. Venable, Essley B. Burdine, Margaret Hopkins, Eugene Cook, Attorney-General, Paul Miller, Assistant Attorney-General, A. R. Barksdale, Wm. M. Mallet, Deputy Assistant Attorneys-General, Clarence Peeler, George P. Dillard, contra.